1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA      )      Case No. CV 2:13-7060 SVW
12              Plaintiff,          )
13              v.                  )      JUDGMENT
14   CARA A. RICE,                  )
15              Defendants.         )           JS - 6
16                                  )
17   _____ )
18          Pursuant to the Court's order of March 6, 2014 granting Plaintiff's motion
19   for summary judgment, as supplemented by the declaration of plaintiff's counsel in
20   support of attorney's fees filed March 24, 2014, judgment is hereby entered in
21   favor of plaintiff and against defendant in the amount of $34,745.45 (consisting of
22   $11,995.44 in principal, $17,750.01 in accrued interest, and $5,000.00 in attorney's
23   fees) plus additional interest of $2.30 per day from February 1, 2014.
24
25   DATE:  April 1, 2014
26                                    _____
27                                          STEPHEN V. WILSON
                                          United States District Judge
28